**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7272**

CRAIG MUNN,

Plaintiff - Appellant,

v.

JENNIFER WALSH, Asst. Superintendent,

Defendant - Appellee,

and

KENNETH E. LASSITER; ERIK A. HOOKS,

Defendants.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (5:17-ct-03284-BO)

Submitted: January 23, 2020                           Decided: January 28, 2020

Before WYNN, DIAZ, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Craig Munn, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Craig Munn appeals the district court's order granting summary judgment in favor of the Defendant Jennifer Walsh. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Munn v. Walsh*, No. 5:17-ct-03284-BO (E.D.N.C. Aug. 23, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
